JS-6

NOTE: CHANGES HAVE BEEN MADE TO THIS DOCUMENT

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ITN FLIX, LLC, a Utah limited liability company; and GIL MEDINA, an individual,<br><br>　　　　Petitioners,<br><br>　vs.<br><br>DANNY TREJO, an individual,<br><br>　　　　Respondent. | Case No.: 2:20-cv-01978 ODW (AGRx)<br><br>**JUDGMENT**<br><br>Hon. Otis D. Wright II |

Petitioners ITN Flix, LLC's and Gil Medina's Petition to Vacate Arbitration Award (ECF No. 1-1) and Respondent Danny Trejo's Request to Confirm Arbitration Award (ECF No. 9) came before this Court (Collectively, "Parties"). Having considered the pleadings and arguments submitted by the Parties and in accordance with this Court's September 30, 2020 Order Denying Petition to Vacate Arbitration Award [1-1] and Granting Request to Confirm Arbitration Award [9], **IT IS HEREBY ORDERED, ADJUDGED,** and **DECREED** that **JUDGMENT** is entered in this case against Petitioners GIL MEDINA and ITN FLIX, LLC, jointly and severally, and in favor of Respondent Danny Trejo as follows:

1. The Final Order Re Claimant's Application for Attorneys' Fees and Costs dated March 19, 2019 (the "Final Arbitration Award"), issued by Arbitrator Hon. Diane Wayne (Ret.) in the matter of the arbitration known as DANNY TREJO v. ITN FLIX, LLC and GIL MEDINA, Judicial Arbitration Mediation Services ("JAMS") Ref No. 1220048140 (the "Arbitration"), which resolved the Arbitration in all respects, is confirmed in all respects; and

2. Petitioners GIL MEDINA and ITN FLIX, LLC shall pay Respondent DANNY TREJO his attorney's fees and costs incurred in connection with the Arbitration proceedings, totaling **$428,710.41** ("Final Arbitration Award Amount"), in accordance with the terms of the Final Arbitration Award;

3. Petitioners GIL MEDINA and ITN FLIX, LLC shall pay to Respondent DANNY TREJO his pre-judgment interest on the Final Arbitration Award Amount, at the rate of ten percent (10%) per annum, from the date of entry of the Final Arbitration Award (March 19, 2019) to the date of entry of Judgment, totaling **$66,714.39**;

4. Respondent DANNY TREJO is the prevailing party in this matter: *ITN FLIX, LLC and GIL MEDINA vs. DANNY TREJO* (Central District Court Case No. 2:20-cv-01978 ODW(AGRx))("Action");

5. Petitioners GIL MEDINA and ITN FLIX, LLC shall pay to Respondent DANNY TREJO his attorney's fees and costs incurred in connection with enforcement of the Final Arbitration Award, including fees and costs relating to the Action, totaling **$8,706.25** (the "Action Attorney's Fees and Costs"); and

6. Petitioners GIL MEDINA and ITN FLIX, LLC shall pay to Respondent DANNY TREJO his post-judgment interest on the total of the Final Arbitration Award Amount at the applicable rate based on the weekly average one-year constant maturity Treasury yield for the calendar week preceding the date of this Judgment per 28 U.S.C. § 1961(a), which is .12% as of October 7, 2020.

Post-judgment interest shall accrue from the date of entry of this Judgment to the date of full and final payment hereunder.

DATED: October 8, 2020          By: _____
                                   Honorable Otis D. Wright II
                                   United States District Court Judge